UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**LORELLA GILLS**

**VERSUS**

**COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION**

**CIVIL ACTION**

**NO. 20-263-JWD-SDJ**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated June 3, 2021 (Doc. 6), to which no objection was filed,

**IT IS ORDERED** that Plaintiff's action is DISMISSED without prejudice for failure to prosecute under Local Rule 41(b).

Judgement shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on July 30, 2021.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**